## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Deborah Ash,

         Plaintiff,

v.

Richard Malacko,

         Defendant.

Civil No. 14-0590 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. Jeanne J. Graham.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Plaintiff's Motion for Attorney Fees is **GRANTED** in the amount of $2,475.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 4, 2014          s/Patrick J. Schiltz
                                                 PATRICK J. SCHILTZ
                                                 United States District Judge